■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v TODD POINTER, Respondent. [896 NYS2d 276]—Appeal from an order of the Supreme Court, Erie County (John L. Michalski, A.J.), entered March 20, 2009. The order granted that part of the omnibus motion of defendant seeking to suppress certain evidence.

It is hereby ordered that the order so appealed from is unanimously affirmed and the indictment is dismissed. Present—Centra, J.P., Fahey, Carni, Green and Pine, JJ.